AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garbis, Marvin J. | District of Maryland | 06/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Retired Senior Distict Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>6/25/2018 |

**7. Chambers or Office Address**

107 Cotswold Road
Baltimore, Maryland 21210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, DEAN'S ADVISORY BOARD | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. | VICE PRESIDENT | SAUL ZAENTZ CHARITABLE FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ONGOING | THOMSON (WEST SERVICES, INC. WITH HON RONALD RUBIN AND ESTATE OF PATRICIA MORGAN, ROYALTIES PAID AUTHORS OF CASEBOOK |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Saul Zaentz Charitable Foundation | January 8 to 10 | Berkeley, CA | Board Meeting | Travel, lodging |
| 2. | George Mason University | January 25 to 28 | Key Largos, FL | Seminar | Travel, lodging |
| 3. | Saul Zaentz Charitable Foundation | March 1 to 3 | Chicago, IL: | Board Meeting | Travel, lodging |
| 4. | Saul Zaentz Charitable Foundation | May 8 -9 | Berkleley, CA | Board Meeting | Travel, lodging |
| 5. | University of Pittsburg | May 30 to June 1 | Pittsburg, PA | Seminar | Travel, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garbis, Marvin J. | 06/22/2019 |

| 6. | Eastern District of Virginia Inn of Court | June 7 | Alexandria, VA | Semindar | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. IRA (HEADER) | | | | | | | | | |
| 6. ROYCE FUND PENNSYLVANIA RYPCX | | None | | | Sold | 10/03/18 | L | A | SEE VIII RE DATES |
| 7. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 8. LEGG MASON CAP (MILLER OPPTY) MANAGEMENT OPPORTUNITY LMOPX | | | | | Sold | 01/01/18 | M | A | SOLD PRIOR TO 2018 |
| 9. PRUDENTIAL INV. JENNISON EQUITY INCOME JEIBX | A | Int./Div. | | | Sold | 10/03/18 | K | A | |
| 10. PRUDENTIAL INV. JENNISON 20/20 FOCUS PTWBX | A | Int./Div. | | | Sold (part) | 08/27/18 | J | A | |
| 11. | | | | | Sold | 08/31/18 | J | A | |
| 12. PUTNAM CAPITAL SPECTRUM CL B PVSBX | A | Dividend | | | Sold | 10/01/18 | K | A | |
| 13. PRINCIPAL SMALL MID CAP DIVIDEND INCOME PMDAX | A | Dividend | | | Sold | 10/03/18 | L | A | |
| 14. MILLER INCOME OPPTY LMCIX | A | Int./Div. | | | Sold | 10/03/18 | M | A | |
| 15. FEDERATED INT LEADERS FGFAX | A | Dividend | | | Sold | 10/03/18 | L | A | |
| 16. HARTFORD GROWTH OPPTYS CL A HGOAX | A | Dividend | | | Sold | 10/03/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  VISA INC CL A V | A | Dividend | | | Sold | 04/17/18 | K | A | |
| 18.  HARTFORD BALANCED INCOME CL A HDLAX | A | Dividend | | | Sold | 10/03/18 | K | A | |
| 19.  DAVIS GLOBAL CL A DGFAX | A | Dividend | K | T | | | | | |
| 20.  FEDERATED KAUFMANN SMALL CAP CL A FKASX | A | Dividend | L | T | | | | | |
| 21.  OPPENHEIMER GLOBAL OPPTYS CL A OPGIX | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 22.  | | | | | Buy (add'l) | 04/18/18 | K | | |
| 23.  EDGEWOOD GROWTH INSTL CL REINVESTMENTS EGFIX | | None | K | T | Buy | 10/05/18 | K | | |
| 24.  AMERICAN CENTURY EQUITY INCOME CL I | A | Interest | K | T | Buy | 10/05/18 | K | | |
| 25.  FMI LARGE CAP INSTL C; REINVESTMENTS FMIQX | A | Dividend | K | T | Buy | 10/05/18 | K | | |
| 26.  JOHN HANCOCK CLASSIC VALUE CL I | A | Dividend | K | T | Buy | 10/05/18 | K | | |
| 27.  HARBOR SMALL CAP VALUE INSTL CL REINVESTMENTS HASCX | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 28.  OAKMARK INTL INSTL CL REINVESTMENTS OANIX | A | Dividend | K | T | Buy | 10/05/18 | K | | |
| 29.  LOOMIS SAYLES GROWTH CL Y REINVESTMENTS LSGRX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 30.  MFS INSTL INTL EQUITY REINVESTMENTS MIEIX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 31.  PARNASSUS MID CAP INSTL CL REINVSTMENTS PFPMX | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 32.  PEAR TREE POLARIS FOREIGN VALUE INSTL CL REINVESTMENTS QFVIX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 33.  T ROWE PRICE GROWTH STOCK INVESTOR CL PRGFX | A | Dividend | K | T | Buy | 10/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PRINCIPAL MID CAP INSTL CL REINVESTMENTS PCBIX | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 35. STERLING CAPITAL MID VALUE INSTL CL REINVETMENTS OVEIX | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 36. VIRTUS KAR SMALL CAPM GROWTH CL I REINVESTMENTS | | None | J | T | Buy | 10/04/18 | J | | |
| 37. WELLS FARGO EMERGING MARKETS EQUITY INTL CL REINVESTMENTS EMGNX | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 38. PRINCIPAL DIVERSIFIED REAL ASSET INSTL CL REINVESTMENTS PDRDX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 39. BAIRD SHORT TERM BOND INSTL CL REINVESTMENTS BSBIX | A | Dividend | L | T | Buy | 10/04/18 | L | | |
| 40. BLACKROCK HIGH YIELD BOND INSTL CL REINVESTMENTS BHYIX | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 41. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL REINVESTMENTS BSIIX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 42. DODGE & COX INCOME REINVESTMENTS DODIX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 43. METROPOLITAN WEST TOTAL RETURN BOND CL I REINVESTMENTS MWTIX | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 44. | | | | | | | | | |
| 45. ▮▮▮▮▮ OWNED (HEADER) | | | | | | | | | |
| 46. M & T CHECKING | A | Interest | J | T | | | | | |
| 47. VANGUARD INSTITUTIONAL INDEX | A | Dividend | N | T | | | | | |
| 48. HARBOUR CAPITAL APPRECIATION | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 06/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Retired June 25, 2018

Re dates: Pursuant to advice from committee staff I included post retirement disposition, acquisition dates during the calendar year and thus disclose my assetts as of 12/31/2018 with information that presents a complete disclosure through retirement date. The full year data is also needed in connectionb qwith ██ ██████ anual financial disclosure as a Banklruptcy Court Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marvin J. Garbis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544